FLORA A. MORRISON, appellant,

*v.*

STANDARD OIL COMPANY OF NEW JERSEY, respondent.

[Decided May 19th, 1930.]

*Mr. Irving W. Teeple,* for the appellant.

*Messrs. Lindabury, Depue & Faulks,* for the respondent.

PER CURIAM.

The order appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Bentley, and reported in *105 N. J. Eq. 104.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, BLACK, CAMPBELL, LLOYD, CASE, BODINE, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, WELLS, JJ. 14.

*For reversal*—None.